# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>             Plaintiff,<br><br>     v.<br><br>PAUL DOUGLAS WELDON,<br><br>             Defendant. | Case No.  1:16-cv-01729-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Defendant Paul Weldon, proceeding pro se, filed a notice of removal on November 15, 2016, along with an application to proceed in forma pauperis.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that new case documents issue until the Court reviews the notice of removal.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **November 17, 2016**

                                    UNITED STATES MAGISTRATE JUDGE